IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| LATOYA R. JOHNSON, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § Civil Action No. 4:21-cv-01080-O-BP |
| | § |
| FORT WORTH VA CLINIC, | § |
| | § |
| Defendant. | § |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that Defendant's Motion to Dismiss (ECF No. 15) is **GRANTED in part**. Plaintiff's claims against Defendant Fort Worth VA Clinic are **DISMISSED without prejudice**. Within **twenty days**, Plaintiff **SHALL** file an amended complaint consistent with the concluding paragraph of the Magistrate Judge's Findings, Conclusions, and Recommendation. If Plaintiff does not file an amended complaint, then her case may be subject to dismissal under Federal Rule of Civil Procedure 41(b).

**SO ORDERED** on this **23rd day** of **May, 2022.**

_Reed O'Connor_
**UNITED STATES DISTRICT JUDGE**